UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 06-21199-CIV-Moore/Garber

REINA MARTIN, on behalf of herself
and others similarly situated,

    Plaintiff,

v.

COMPREHENSIVE NATURAL HEALTH
CORP. And JOSE HERNANDEZ, individually,

    Defendants.

_____/

ORDER

THIS CAUSE is before the Court on the plaintiffs' Motion for Sanctions (DE 35, referred to the undersigned by U.S. District Judge K. Michael Moore. The Court has received the defendants' response in opposition. No hearing was held on said motion.

The motion before the Court seek sanctions for the failure of the defendant Jose Hernandez to attend his deposition that had been scheduled and subsequently re-scheduled by counsel. As a result of the defendant Hernandez's failure to appear the plaintiff incurred the expenses of a court reporter. Said defendant's deposition has not been taken. Upon due consideration, it is hereby

ORDERED as follows:

1. Plaintiff's Motion for Sanctions is GRANTED to the extent that the defendant shall pay plaintiff for all costs and expenses incurred for court reporter's fees resulting from the failure of said defendant to appear for deposition.

2. The defendant Jose Hernandez shall appear for his deposition on a date and time agreed upon by counsel but, in any event, prior to February 5, 2007.

DONE AND ORDERED in Chambers at Miami, Florida this 29th day of January, 2007.

_____
BARRY L. GARBER
U. S. MAGISTRATE JUDGE

Copies furnished to:
U.S. District Judge K. Michael Moore
Counsel of record